IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JULIUS KNOTT,
    Plaintiff,

vs.                                       Case No.: 3:17cv138/LAC/EMT

JUDGE J. SCOTT DUNCAN, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 6, 2017 (ECF No. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This cause is **DISMISSED** without prejudice under 28 U.S.C.

§ 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. This dismissal is deemed a "strike" for purposes of 28 U.S.C. § 1915(g).

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 4th day of April, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:17cv138/LAC/EMT